David S. Gingras, #021097
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23-271
Phoenix, AZ 85044
Tel.: (480) 264-1400
Fax: (480) 248-3196
David@GingrasLaw.com

Attorney for Plaintiff
AB Staffing Solutions, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| AB Staffing Solutions, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AB Medical Staffing, LLC, an Indiana limited liability company,<br><br>Defendant. | Case No 23-CV-00406-PHX-ROS<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: SERVICE** |

On June 13, 2023, the Court issued an Order (Doc. 10) requiring Plaintiff to show cause why this case should not be dismissed as to any Defendants not yet served. In response to the Court's order, Plaintiff AB Staffing Solutions, LLC ("Plaintiff" or "ABSS") states as follows.

First, the sole Defendant in this matter is AB Medical Staffing, LLC. As reflected in the Proof of Service attached hereto as Exhibit A, this Defendant was timely served with the Summons & Complaint on March 31, 2023.

Second, shortly after service was completed, Defendant's out-of-state counsel contacted undersigned Plaintiff's counsel to discuss the matter and a potential settlement. Based on this, Plaintiff agreed to extend the time for Defendant to plead or defend in order to allow the parties to explore settlement. Those discussions remain ongoing. As

1  such, Plaintiff expects a final decision regarding settlement will be made within the next
2  week or two.
3      For these reasons, Plaintiff respectfully requests an additional 30 days from today
4  in order to either finalize the settlement (in which case the Complaint will be dismissed
5  by notice pursuant to Fed. R. Civ. P. 41(a)(1)), or to determine that settlement will not be
6  possible in which case this matter will proceed by default or otherwise in such manner as
7  provided by the Rules.

DATED: June 22, 2023        **GINGRAS LAW OFFICE, PLLC**

                                              David S. Gingras, Esq.
                                              Attorney for Plaintiff

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023 I transmitted the attached document to the Clerk's Office for ECF filing, and for electronic service on all counsel of record in this matter:

Christy R. Liss, Esq.
christy.liss@cbwhlaw.com
Clark, Butler, Walsh & Hamann
315 E. 5th Street
P.O. Box 596
Waterloo, IA  50704
Counsel for Defendant AB Medical Staffing, LLC,

*[signature]*
_____

GINGRAS LAW OFFICE, PLLC
4802 E. RAY ROAD, #23-271
PHOENIX, AZ 85044