AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **CV-23-0406-PHX-ROS**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **AB Medical Staffing, LLC c/o Stat. Agent Britney Bynum**
was recieved by me on  **3/10/2023**:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Britney Bynum**, who is designated by law to accept service of process on behalf of **AB Medical Staffing, LLC c/o Stat. Agent Britney Bynum** at **5475 Broadway, Merrillville, IN 46410** on **03/31/2023 at 2:15 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:   03/31/2023

*Server's signature*

**Lindsey Tobias**
*Printed name and title*

**515 N Lake Street**
**Apt E 315**
**Gary, IN 46403**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Britney Bynum who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**



Tracking #: **0103870627**

